U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed December 16, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                §
                                      §
**DELSITE, INC.**                     §    CASE NO. 09-31981-SGJ-7
 fka Carrington Laboratories, Inc.    §
                                      §
              DEBTOR                  §

**AMENDED ORDER ALLOWING TRUSTEE'S APPLICATION
PURSUANT TO 11 U.S.C. §326 AND 11 U.S.C. §506(c) FOR PAYMENT OF
REASONABLE AND NECESSARY FEES AND EXPENSES AND FOR AUTHORITY
TO DISTRIBUTION BALANCE OF FUNDS TO SECURED CREDITOR PURSUANT
TO 11 U.S.C. §502 AND §506**

Upon the Application of Robert Yaquinto, Jr., Trustee in the above-entitled and numbered case, seeking recovery of reasonable and necessary costs and expenses pursuant to 11 U.S.C. §506(c) in preserving and disposing of property for the benefit the secured creditors, the Court finds that the fees and expenses incurred by the Trustee were both reasonable and necessary; that they provided a benefit to the secured creditor by allowing the creditor to maximize the value of its collateral on an expedited basis; that the secured creditors benefitted from these services by being allowed to realize the value of its collateral; and that no response or objection to the application has been timely filed

and served upon the Trustee; the Court is of the opinion that the Application should be approved. It is

**ORDERED** that Robert Yaquinto, Jr. be and hereby is authorized to pay the following:

1. Trustee's commission in the amount of $39,570.70 and reasonable expenses in the amount of $4,863.44;

2. Sherman & Yaquinto, LLP, for Attorney for Trustee Fees in the amount of $29,477.00 and expenses in the amount of $1,918.81;

3. Sheldon Levy, CPA for Accountant Fees in the amount of $6,000.00 and expenses in the amount of $125.00;

4. Rosen Systems, Inc., the balance of expenses in the amount of $33,761.52.

It is further **ORDERED** that Robert Yaquinto, Jr. be and hereby is authorized to pay the remaining funds in the estate to the Secured Creditors, collectively referred to as "Rockmore" the in the amount of $184,405.78.

* * * END OF ORDER * * *