BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
DelSite, Inc. § Case No.: 09−31981−sgj7
 § Chapter No.: 7
Debtor(s) § 

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 3/12/12       FOR THE COURT:
                     Tawana C. Marshall, Clerk of Court

                     by: /s/C Cumby, Deputy Clerk